# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-661-1309
will@leelitigation.com

December 17, 2019

**Via ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007

> Adjourned to Thursday,
> January 16, 2020, at 4:30pm.
> SO ORDERED.
>
> /s/ G. Koeltl
> USDJ
>
> 12/18/19

Re:   *Morales v. Anyelisa Rest. Corp., et al.*
      Case No. 18-cv-7641 (JGK)

Dear Judge Koeltl:

This firm represents the Plaintiffs in the above referenced matter. I write jointly with counsel for the Defendants to respectfully request an adjournment of the conference which is currently scheduled for December 20, 2019 at 10:30 a.m. The parties submitted a status letter on October 24, 2019, informing the Court that a mediation was scheduled for December 5, 2019. However, due to scheduling conflicts the parties were required to re-schedule. We are now awaiting confirmation from the mediator, Raymond Nardo, Esq. regarding his availability on January 16, 2020. Accordingly, the parties respectfully request that the conference be adjourned to a date after January 16, 2020. Once more, the parties will immediately update the Court on the outcome of the mediation. This is the parties' first request for an adjournment, and it does not affect any other deadlines.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ William Brown*
William Brown, Esq.

cc: All Counsel via ECF

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC# _____
> DATE FILED: 12-18-19

10446161v1