# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1180
cklee@leelitigation.com

January 8, 2020

**Via ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007

*Adjourned to Monday, February 3, 2020, at 4:30pm. SO ORDERED.*
*/s/ John G. Koeltl, USDJ*
*1/9/20*

Re:   *Morales v. Anyelisa Rest. Corp., et al.*
      Case No. 18-cv-7641 (JGK)

Dear Judge Koeltl:

This firm represents Plaintiff in the above referenced matter. I write jointly with counsel for Defendants to respectfully request an adjournment of the conference which is currently scheduled for January 16, 2020 at 4:30 p.m. The parties had previously requested an adjournment of the status conference that was originally scheduled for December 20, 2019 on the basis that the mediation which was scheduled for December 5, 2019 had to be unexpectedly moved to a date in January (ECF 67). The Court granted the parties' request and adjourned the conference to January 16, 2020 (ECF 68). The parties, along with the mediator, Raymond Nardo, conferred and the only date that all parties are available is January 16, 2020. We therefore respectfully request that the status conference be adjourned to a date after January 16, 2020. The parties propose the following dates: February 3, 2020; February 12, 2020; February 13, 2020; February 14, 2020; and February 19. This is the parties' second request for an adjournment, and it does not affect any other deadlines.

We thank the Court for its time and consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-10-2020

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: All Counsel via ECF