UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOBERTO MORALES,
*on behalf of himself, FLSA Collective and the Class,*

                         Plaintiff,

-against-

ANYELISA REST. CORP.
    d/b/a JUSTINE RESTAURANT,
EL NUEVO SANDY RESTAURANT INC.
    d/b/a SANDY RESTAURANT,
RAFAEL PICHARDO, HORMAND PICHARDO, RONNIE PICHARDO, RUBEN PICHARDO, and LAZARO PICHARDO,

                         Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-27-20

Case No.: 18-cv-7641 (JGK)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendants:

By: *Salvat M.*
Salvatore Gangemi, Esq.
Murtha Cullina, LLP
177 Broad Street
Stanford, CT 06901
Telephone: (203) 653-5436
Fax: (860) 240-5936
sgangemi@murthalaw.com

Date: January 23, 2020

**SO ORDERED**

_____
Hon. John G. Koeltl., U.S.D.J.

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, New York 10011
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: January 23, 2020

Dated: 1/24/20
New York, New York